## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

IN RE:  CASE NO.: 22-14900
CHAPTER 13

**Shawnett A. Jarrett,**
   Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Grand Avenue Mortgage Loan Trust 2017-RPL1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 7004**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Authorized Agent for Secured Creditor
    130 Clinton Rd #202
    Fairfield, NJ 7004
    Telephone: 470-321-7112

    By: /s/Sindi Mncina
        Sindi Mncina
        Email: smncina@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on June 28, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

SHAWNETT A. JARRETT
170 40TH ST.
IRVINGTON, NJ 07111

And via electronic mail to:

RUSSEL L. LOW
LOW & LOW
505 MAIN ST., SUITE 304
HACKENSACK, NJ 07601

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER
STE 2100
NEWARK, NJ 07102

                                                By: /s/ Brianna Carr