| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (NEWARK)** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Harold Kaplan, Esq. (HK-0226) | CASE NO.: 22-14900-JKS<br><br>CHAPTER 13<br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Shawnett A. Jarrett,**<br>     **Debtor.** | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Grand Avenue Mortgage Loan Trust 2017-RPL1 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE #2), and states as follows:

1. Debtor, Shawnett A. Jarrett, filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on June 15, 2022.

2. Secured Creditor holds a security interest in the Debtor's real property located at 749 -751 18th St, Irvington, NJ 07111, by virtue of a Mortgage recorded on March 11, 2011 at Instrument number 11021606 of the Public Records of Essex County, NJ. Said Mortgage secures a Note in the amount of $193,162.00.

3. The Debtor filed a Chapter 13 Plan on June 15, 2022.

4. The Plan includes payments toward the Note and Mortgage with Secured Creditor, however the figures used by the Debtor are inaccurate. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $55,515.42, whereas the Plan proposes to pay only $53,960.00. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot

be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $55,515.42 as the pre-petition arrearage over the life of the plan.

5. The Plan does not appear feasible due to inadequate treatment of Secured Creditor's claim. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
130 Clinton Road, Suite 202, Lobby B
Fairfield, NJ 07004
Telephone: 973-575-0707
By: /s/Harold Kaplan
Harold Kaplan, Esquire
NJ Bar Number HK-0226
Email: hkaplan@raslg.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (NEWARK) | |
| Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Harold Kaplan, Esq. (HK-0226) | CASE NO.: 22-14900-JKS<br><br>CHAPTER 13<br><br><br>Objection to Confirmation of Debtor's Chapter 13 Plan |
| In Re:<br><br>Shawnett A. Jarrett,<br>        Debtor. | |

## CERTIFICATION OF SERVICE

1. I, Harold Kaplan, Grand Avenue Mortgage Loan Trust 2017-RPL1 in this matter.

2. On July 1, 2022, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below:

   **OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

7/1/2022

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
130 Clinton Road, Suite 202, Lobby B
Fairfield, NJ 07004
Telephone: 973-575-0707

By: /s/Harold Kaplan
Harold Kaplan, Esquire
NJ Bar Number HK-0226
Email: hkaplan@raslg.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Low & Low<br>505 Main St., Suite 304<br>Hackensack, NJ 07601 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |
| Shawnett A. Jarrett<br>170 40th St.<br>Irvington, NJ 07111 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |
| U.S. Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |