| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg, MAG-1284 <br> Marie-Ann Greenberg, Standing Trustee <br> 30 TWO BRIDGES ROAD <br> SUITE 330 <br> FAIRFIELD, NJ  07004-1550 <br> 973-227-2840 <br> Chapter 13 Standing Trustee |
| IN RE: <br><br>    SHAWNETT A. JARRETT |

Order Filed on March 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  22-14900 JKS

Hearing Date:  3/23/2023

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: March 24, 2023

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): SHAWNETT A. JARRETT

Case No.: 22-14900

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 03/23/2023 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $2,673.40 to the Trustee's office by 3/31/2023 to be current with Trustee payments through March or the case will be dismissed at the next hearing; and it is further

- ORDERED, that if satisfied, the Trustee's certification of default will be adjourned to 4/13/2023 at 10:00 AM.