

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
bankruptcy@friedmanvartolo.com
T: (212) 471-5100
F: (212) 471-5150
Attorneys for SN Servicing Corporation as servicer
for U.S. Bank Trust National Association, as
Trustee for LB-Tiki Series V Trust

In Re:

Shawnett A. Jarrett

Debtor

Order Filed on May 1, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-14900-JKS

Chapter: 13

Hearing Date:
April 13, 2023 at 10:00 am

Hon. Judge: John K. Sherwood

**CONSENT ORDER RESOLVING MOTION FOR RELIEF
FROM THE AUTOMATIC STAY**

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby
**ORDERED**.

**DATED: May 1, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee for LB-Tiki Series V Trust |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Russell L. Low, Esquire |
| Property (Collateral): | 749-751 18th Street, Irvington, NJ 07111 |

Relief Sought:
- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒    The Debtor(s) is/are overdue for **4** months, from **1/1/2023** to **4/1/2023.**

    ☒    The Debtor(s) is/are overdue for **4** payments at **$1,344.45** per month.

    ☐    The Debtor(s) is/are due for **$0.00** in accrued late charges.

    ☒    The Debtor(s) is/are due for **$588.00** in attorney's fees and costs.

    ☒    Applicant acknowledges suspense funds in the amount of **$555.72.**

    Total Arrearages Due: **$5,410.08**

2. Debtors must cure all post-petition arrearages, as follows:

    ☒    Immediate payment shall be made in the amount of **$1,344.45**.  Payment shall be made no later than **April 30, 2023**.

    ☒    Beginning on **May 1, 2023**, regular monthly mortgage payments shall continue to be made in the amount of **$1,344.45**.

    ☒    Beginning on **May 1, 2023** additional monthly cure payments shall be made in the amount of **$386.40** for **8** months.

    ☒    Debtors shall tender an additional monthly cure payment of **$386.43** on **December 1, 2023**.

    ☐    The amount of _____ shall be capitalized in the debtor's Chapter 13 plan. Said amount shall be set up on Trustee's ledger as a separate Claim. Debtor(s) shall file a Modified Plan within 10 days from the entry of this Order to account for the additional arrears to be paid to the secured creditor via Chapter 13 Plan and to adjust monthly payments to the Chapter 13 Trustee accordingly.

3. Payments to the Secured Creditor shall be made to the following address:

Payments:          SN Servicing Corporation
                           PO Box 660820, Dallas, TX 75266

4. In the event of default:

☒ Should the Debtors fail to make any of the above captioned payments, fail to file an amended plan or if any regular monthly mortgage payment commencing after the cure of the post-petition delinquency is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay.

☒ In the event the Debtors convert to a Chapter 7 during the pendency of this bankruptcy case, the Debtors shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtor fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay.

☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

5.    Award of Attorney's Fees:

The Applicant is awarded attorney's fees of **$400.00** and costs of **$188.00**

The fees and costs are payable:

☐    Attorney's fees and costs have been included in the Consent Order.

☒    Through the Chapter 13 plan.   The fees/costs shall be set up as separate claim to be paid by the Standing Trustee and shall be paid as an administrative claim.

☐    To the Secured Creditor within _____ days

☐    Attorney's fees are not awarded.

☐    Movant reserves its right to file a Post-Petition Fee Notice for fees and costs incurred in connection with the Motion for Relief.

The undersigned hereby consent to the form and entry of the foregoing order.

/s/ Russell L. Low, Esq.
_____
Russell L. Low, Esquire
*Attorney for Debtor*

/s/ Jason Schwartz, Esq.
Jason Schwartz, Esq.
*Attorney for Secured Creditor*