UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. -4745

Order Filed on June 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Shawnett A. Jarrett

| | |
|---|---|
| Case No.: | 22-14900 |
| Chapter: | 13 |
| Judge: | JKS |

# ORDER AUTHORIZING RETENTION OF

Evans C. Agrapidis

The relief set forth on the following page is **ORDERED**.

**DATED: June 15, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Evans C. Agrapidis_____
as _____worker's compensation counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Agrapidis & Maroules, P.C.
777 Terrace Avenue Suite 504
Hasbrouck Heights NJ 07604-3113

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*