UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. -4745

Order Filed on June 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Shawnett A. Jarrett

| | |
|---|---|
| Case No.: | 22-14900 |
| Chapter: | 13 |
| Judge: | JKS |

**ORDER AUTHORIZING RETENTION OF**

Evans C. Agrapidis

The relief set forth on the following page is **ORDERED**.

**DATED: June 15, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Evans C. Agrapidis_____

as _____worker's compensation counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is: Agrapidis & Maroules, P.C.

    777 Terrace Avenue Suite 504

    Hasbrouck Heights NJ 07604-3113

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14900-JKS |
| Shawnett A. Jarrett | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 16, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2023:**

**Recip ID      Recipient Name and Address**
db         + Shawnett A. Jarrett, 170 40th St., Irvington, NJ 07111-1150

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2023 at the address(es) listed below:

**Name              Email Address**

Brian C. Nicholas
                on behalf of Creditor Grand Avenue Mortgage Loan Trust 2017-RPL1 bnicholas@kmllawgroup.com
                bkgroup@kmllawgroup.com

Harold N. Kaplan
                on behalf of Creditor Grand Avenue Mortgage Loan Trust 2017-RPL1 hkaplan@rasnj.com  kimwilson@raslg.com

Jonathan C. Schwalb
                on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of LB-Tiki Series
                V Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Lauren Moyer
                on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of LB-Tiki Series
                V Trust lmoyer@friedmanvartolo.com, nj-ecfmail@ecf.courtdrive.com

Marie-Ann Greenberg
                magecf@magtrustee.com

District/off: 0312-2      User: admin      Page 2 of 2

Date Rcvd: Jun 16, 2023      Form ID: pdf903      Total Noticed: 1

Russell L. Low
    on behalf of Debtor Shawnett A. Jarrett ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Sindi Mncina
    on behalf of Creditor Grand Avenue Mortgage Loan Trust 2017-RPL1 smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8