| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>   SHAWNETT A. JARRETT |

Order Filed on July 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  22-14900 JKS

Hearing Date:  7/13/2023

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: July 14, 2023

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): SHAWNETT A. JARRETT

Case No.: 22-14900

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 07/13/2023 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,938.00 starting on 8/1/2023 for the remaining 47 month(s); and it is further

- ORDERED, that the Debtor(s) must file amended Schedules I and J with proof of income by 7/20/2023 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that the above has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.