Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−14900−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Shawnett A. Jarrett
    170 40th St.
    Irvington, NJ 07111

Social Security No.:
    xxx−xx−6704

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/10/23.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 10, 2023
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 22-14900-JKS

Shawnett A. Jarrett                                                                           Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 10, 2023 | Form ID: 148 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shawnett A. Jarrett, 170 40th St., Irvington, NJ 07111-1150 |
| sp | | Evans C. Agrapidis, Agrapidis and Maroules, P.C., 777 Terrace Avenue, Suite 504, Hasbrouck Heights, NJ 07604-3113 |
| 519639723 | + | Faloni & Associates, LLC, 165 Passaic Street Suite 301B, Fairfield, NJ 07004-3592 |
| 519639724 | + | LVNV Funding, LLC, PO Box 98878, Las Vegas, NV 89193-8878 |
| 519667060 | | UNIVERSITY HOSPITAL, C/O WAKEFIELD & ASSOCIATES LLC, PO BOX 51272, KNOXVILLE, TN 37950-1272 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 10 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 10 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Aug 11 2023 00:25:00 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Aug 11 2023 00:25:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | ^ | MEBN | Aug 10 2023 20:33:14 | SN Servicing Corporation as servicer for U.S. Bank, c/o Friedman Vartolo LLP, 1325 Franklin Ave Suite 160, Garden City, NY 11530-1631 |
| 519639721 | + | EDI: CAPITALONE.COM | Aug 11 2023 00:25:00 | CAPITAL ONE, ATTN: BANKRUPTCY, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519659431 | + | EDI: AIS.COM | Aug 11 2023 00:25:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519674697 | | EDI: Q3G.COM | Aug 11 2023 00:25:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519928709 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2023 20:49:29 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519928710 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2023 20:37:38 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519642552 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2023 20:48:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519647440 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 10 2023 20:37:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519645349 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 10 2023 20:39:00 | Midland Credit Management, Inc., PO Box 2037, |

|  |  |  |  | Warren, MI 48090-2037 |
|---|---|---|---|---|
| 519732365 |  | EDI: PRA.COM |  |  |
|  |  |  | Aug 11 2023 00:25:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519732366 |  | EDI: PRA.COM |  |  |
|  |  |  | Aug 11 2023 00:25:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519689136 |  | EDI: PRA.COM |  |  |
|  |  |  | Aug 11 2023 00:25:00 | Portfolio Recovery Associates, LLC, c/o Capital One/Hsbc, POB 41067, Norfolk VA 23541 |
| 519643927 |  | Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  |  |  | Aug 10 2023 20:48:34 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519781280 |  | EDI: Q3G.COM |  |  |
|  |  |  | Aug 11 2023 00:25:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519682647 |  | EDI: Q3G.COM |  |  |
|  |  |  | Aug 11 2023 00:25:00 | Quantum3 Group LLC as agent for, BLST SMS LLC and BB Allium Borrowing Tru, PO Box 788, Kirkland, WA 98083-0788 |
| 519781281 | + | EDI: Q3G.COM |  |  |
|  |  |  | Aug 11 2023 00:25:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 519639725 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com |  |  |
|  |  |  | Aug 10 2023 20:40:00 | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 519682671 | + | EDI: RMSC.COM |  |  |
|  |  |  | Aug 11 2023 00:25:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519640459 | + | EDI: RMSC.COM |  |  |
|  |  |  | Aug 11 2023 00:25:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519639726 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com |  |  |
|  |  |  | Aug 10 2023 20:39:00 | TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 259001, PLANO, TX 75025-9001 |
| 519678195 | + | Email/Text: Atlanticus@ebn.phinsolutions.com |  |  |
|  |  |  | Aug 10 2023 20:38:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 519689390 | ^ | MEBN |  |  |
|  |  |  | Aug 10 2023 20:31:37 | U.S. Bank Trust National Association, as Trustee of LB-Tiki Series V Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 519651479 |  | Email/Text: electronicbkydocs@nelnet.net |  |  |
|  |  |  | Aug 10 2023 20:39:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 519639727 | + | Email/Text: electronicbkydocs@nelnet.net |  |  |
|  |  |  | Aug 10 2023 20:39:00 | USDOE/GLELSI, 2401 INTERNATIONAL LANE, MADISON, WI 53704-3121 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519681850 |  | Toyota Motor Credit Corporation, dba Lexus Financial Services, c/o Toyota Motor Credit Corporation, PO Box 9013 |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519639722 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0312-2

User: admin

Page 3 of 3

Date Rcvd: Aug 10, 2023

Form ID: 148

Total Noticed: 33

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2023                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Grand Avenue Mortgage Loan Trust 2017-RPL1 bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of LB-Tiki Series V Trust cwohlrab@ecf.courtdrive.com, cwohlrab@ecf.courtdrive.com |
| Harold N. Kaplan | on behalf of Creditor Grand Avenue Mortgage Loan Trust 2017-RPL1 hkaplan@rasnj.com  kimwilson@raslg.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of LB-Tiki Series V Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of LB-Tiki Series V Trust lmoyer@friedmanvartolo.com, nj-ecfmail@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Shawnett A. Jarrett ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor Grand Avenue Mortgage Loan Trust 2017-RPL1 smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9